■ St. Luke's-Roosevelt Hospital Center, Appellant, v Execulease Corporation, Respondent. [643 NYS2d 335] —Order, Supreme Court, New York County (Walter Schackman, J.), entered April 20, 1995, unanimously affirmed for the reasons stated by Schackman, J., without costs and disbursements. No opinion. Concur—Milonas, J. P., Ellerin, Rubin, Kupferman and Ross, JJ.